UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Case No.  17-26880-CMG

Debtor          Jack R. Reilly                     Chapter   7

### NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

Ally Financial

LOCATION OF HEARING:   United States Courthouse
402 East State Street
Courtroom No. 3
Trenton, New Jersey 08608

DATE AND TIME:    November 7, 2017 at 12:00 pm

THE DEBTOR(S) MAY CONTACT THE COURT AT (609)858-9370 WITHIN 5 DAYS OF THE HEARING DATE TO APPEAR BY PHONE OR REQUEST A MORE CONVENIENT TIME

**NOTICE**
**REAFFIRMATION AGREEMENT - FORM B240A (4/10)**

The Director of the Administrative Office of the United States Courts has published a

recommended form of reaffirmation agreement, Form B240A (4/10).  This reaffirmation agreement form

is available on this court's website at www.njb.uscourts.gov.  Click on forms, then AO Procedural

Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B240A (4/10)

prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Bruce W. Jackson
By Deputy Clerk

I hereby certify that I mailed a copy of the above notice to each of
the following:  Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)
Bruce W. Jackson
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26880-CMG
Jack R. Reilly                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 20, 2017
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
db              Jack R. Reilly,    112 1st Ave,    Tuckerton, NJ   08087-2704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ally@ebn.phinsolutions.com Oct 20 2017 23:04:22     Ally Financial,
                 PO Box 130424,    Roseville, MN   55113-0004
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
              Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Rebecca Ann Solarz    on behalf of Creditor   Kubota Credit Corporation rsolarz@kmllawgroup.com
              Thomas J Subranni    on behalf of Debtor Jack R. Reilly jwiesner@subranni.com,
               ecorma@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;sz
               auber@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5