Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–26880–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jack R. Reilly
    112 1st Ave
    Tuckerton, NJ 08087–2704

Social Security No.:
    xxx–xx–4079

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 15, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 17 – 12
ORDER DISAPPROVING REAFFIRMATION AGREEMENT (related document:12 Reaffirmation Agreement filed by Creditor Ally Financial). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/14/2017. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 15, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-26880-CMG
Jack R. Reilly                                                              Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1         Date Rcvd: Nov 15, 2017
                              Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2017 23:08:49      Ally Financial,
                PO Box 130424,   Roseville, MN  55113-0004
                                                                              TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
         Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
         Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
         Rebecca Ann Solarz    on behalf of Creditor   Kubota Credit Corporation rsolarz@kmllawgroup.com
         Thomas J Subranni    on behalf of Debtor Jack R. Reilly jwiesner@subranni.com,
          ecorma@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;sz
          auber@subranni.com;cwild@subranni.com;ecf@subranni.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5