| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jack R. Reilly <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4079 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–26880–CMG | | |

## Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jack R. Reilly

<u>11/22/17</u>                                                     **By the court:**  <u>Christine M. Gravelle</u>
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jack R. Reilly  
    Debtor

Case No. 17-26880-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 22, 2017  
                                  Form ID: 318     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.

```
db              Jack R. Reilly,    112 1st Ave,    Tuckerton, NJ 08087-2704
intp           +Eric Bednarczyk,    455 Twin Lakes Boulevard,    Little Egg Harbor, NJ 08087-1118
517020440      +Best Buy/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
517020441      +Bureau Of Accounts Control,    3601 US Highway 9,    Howell, NJ 07731-3395
517020444      +Capital One/GM Card,    POB 30256,    Salt Lake City, UT 84130-0256
517020447      +Chase Home Mortgage,    POB 24696,    Columbus, OH 43224-0696
517020448       Citibank - Wawa Credit Card,    PO Box 6406,    Sioux Falls, SD  57117-6406
517020449       Citiibank/Home Depot Credit Services,    PO Box 9001010,    Louisville, KY  40290-1010
517020452       Eric And Lara Bednarczyk,    Attn: Kevin Quinlin, Esq.,    207 W Main St,
                 Tuckerton, NJ  08087-2200
517020455      +Kubota Credit Corp.,    1175 S. Guild Ave.,    Lodi, CA 95240-3154
517020456      +McKesson Patient Care Solutions, Inc.,    POB 1135 Airside Business Park,
                 Moon Township, PA 15108-6135
517020457       Rob Conway,    603 Route 9 S,    Little Egg Harbor, NJ  08087-4075
517020464       Tractor Supply / Citibank,    PO Box 78004,    Phoenix, AZ  85062-8004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 22:41:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 22:41:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: HNDA.COM Nov 22 2017 22:28:00      American Honda Finance Corp.,    P.O. Box 168088,
                 Irving, TX  75016-8088
cr              EDI: GMACFS.COM Nov 22 2017 22:28:00      Ally Financial,    PO Box 130424,
                 Roseville, MN  55113-0004
517020453       EDI: HNDA.COM Nov 22 2017 22:28:00      Honda Financial Services,    PO Box 1844,
                 Alpharetta, GA  30023-1844
517020438      +EDI: GMACFS.COM Nov 22 2017 22:28:00      Ally Financial,    POB 380902,
                 Bloomington, MN 55438-0902
517020439      +EDI: TSYS2.COM Nov 22 2017 22:28:00      Barclays Bank Delaware,    POB 8803,
                 Wilmington, DE 19899-8803
517020442       EDI: CAPITALONE.COM Nov 22 2017 22:28:00      Capital One Bank (USA) NA,    PO Box 71083,
                 Charlotte, NC  28272-1083
517020443      +EDI: CAPITALONE.COM Nov 22 2017 22:28:00      Capital One Bank USA NA,    POB 30281,
                 Salt Lake City, UT 84130-0281
517020445       EDI: CHASE.COM Nov 22 2017 22:28:00      Chase - Amazon.com,    PO Box 15123,
                 Wilmington, DE  19850-5123
517020446       EDI: CHASE.COM Nov 22 2017 22:28:00      Chase - Slate,    POB 15123,
                 Wilmington, DE  19886-5153
517020450       EDI: DIRECTV.COM Nov 22 2017 22:28:00       DirecTV,    POB 78626,    Phoenix, AZ  85062-8626
517020451       EDI: DISCOVER.COM Nov 22 2017 22:28:00       Discover ‘More Card’,    PO Box 71084,
                 Charlotte, NC  28272-1084
517020454       EDI: TSYS2.COM Nov 22 2017 22:28:00      Juniper Card Services,    POB 13337,
                 Philadelphia, PA  19101-3337
517020459       EDI: RMSC.COM Nov 22 2017 22:28:00      SYNCB/JC Penney,    PO Box 965036,
                 Orlando, FL  32896-5036
517020460       EDI: RMSC.COM Nov 22 2017 22:28:00      SYNCB/Lowes,    PO Box 965036,    Orlando, FL 32896-5036
517020461       EDI: RMSC.COM Nov 22 2017 22:28:00      SYNCB/PAYPAL,    PO Box 960080,    Orlando, FL 32896-0080
517020462       EDI: RMSC.COM Nov 22 2017 22:28:00      SYNCB/Walmart,    PO Box 965036,
                 Orlando, FL  32896-5036
517020458       E-mail/Text: bankruptcy@bbandt.com Nov 22 2017 22:41:36      Sheffield Financial Corp,.,
                 PO Box 580229,    Charlotte, NC  28258-0229
517021231      +EDI: RMSC.COM Nov 22 2017 22:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517020463      +E-mail/Text: marisa.sheppard@timepayment.com Nov 22 2017 22:41:52      Timepayment Corp.,
                 10M Commerce Way,    Woburn, MA 01801-8000
                                                                                              TOTAL: 21
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 22, 2017
                              Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Bunce   Atkinson    on behalf of Trustee Bunce   Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S. Quinlan    on behalf of Plaintiff Laura   Bednarczyk ksqesqct@comcast.net,
               ksqesqct@gmail.com;r55119@notify.bestcase.com
              Kevin S. Quinlan    on behalf of Plaintiff Eric   Bednarczyk ksqesqct@comcast.net,
               ksqesqct@gmail.com;r55119@notify.bestcase.com
              Kevin S. Quinlan    on behalf of Interested Party Eric   Bednarczyk ksqesqct@comcast.net,
               ksqesqct@gmail.com;r55119@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com
              Thomas J Subranni    on behalf of Debtor Jack R. Reilly jwiesner@subranni.com,
               ecorma@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;sz
               auber@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```