UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re:                                              Case No.

Debtor                                              Chapter   7

**NOTICE RESCHEDULING HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

LOCATION OF HEARING:   United States Courthouse
402 East State Street
Courtroom No. 3
Trenton, New Jersey 08608

DATE AND TIME:

**NOTICE**
**REAFFIRMATION AGREEMENT - FORM B240A (4/10)**

The Director of the Administrative Office of the United States Courts has published a

recommended form of reaffirmation agreement, Form  B240A (4/10).  This reaffirmation agreement form

is available on this court's website at www.njb.uscourts.gov.  Click on forms, then AO Procedural

Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B240A (4/10)

prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Bruce W. Jackson
By Deputy Clerk

I hereby certify that  I mailed a copy of the above notice to each of
the following:  Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)
Bruce W. Jackson
Deputy Clerk