Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  17−26880−CMG
                        Chapter:  7
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jack R. Reilly
   112 1st Ave
   Tuckerton, NJ 08087−2704

Social Security No.:
   xxx−xx−4079

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 16, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 31 − 16
ORDER DISAPPROVING REAFFIRMATION AGREEMENT (related document:16 Reaffirmation Agreement filed by Creditor American Honda Finance Corp.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/16/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 16, 2018
JAN: bwj

                                                                                                 Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26880-CMG
Jack R. Reilly                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 16, 2018
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 16 2018 23:38:01      American Honda Finance Corp.,
                P.O. Box 168088,   Irving, TX   75016-8088
                                                                                                                                                   TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
         Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
         Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
         Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin S. Quinlan    on behalf of Interested Party Eric  Bednarczyk ksqesqct@comcast.net,
          ksqesqct@gmail.com;r55119@notify.bestcase.com
         Kevin S. Quinlan    on behalf of Plaintiff Laura  Bednarczyk ksqesqct@comcast.net,
          ksqesqct@gmail.com;r55119@notify.bestcase.com
         Kevin S. Quinlan    on behalf of Plaintiff Eric  Bednarczyk ksqesqct@comcast.net,
          ksqesqct@gmail.com;r55119@notify.bestcase.com
         Rebecca Ann Solarz    on behalf of Creditor   Kubota Credit Corporation rsolarz@kmllawgroup.com
         Robert G. Shinn    on behalf of Defendant Jack R Reilly wmsllc@comcast.net,
          G9544@notify.cincompass.com
         Robert G. Shinn    on behalf of Debtor Jack R. Reilly wmsllc@comcast.net,
          G9544@notify.cincompass.com
         Thomas J Subranni    on behalf of Debtor Jack R. Reilly jwiesner@subranni.com,
          ecorma@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com;ecf@subranni.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 11