**Order Filed on January 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Jack R. Reilly | Case No.: 17-26880-CMG<br>Chapter: 7<br>Hearing Date: 1/16/18<br>Judge: Gravelle |

# ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The reaffirmation agreement between the debtor(s) and _____Capital One Auto Finance,_____ is NOT APPROVED.

However, the Court finds and concludes that the debtor(s) has fully complied with the deadlines of 11 U.S.C. § 521(a)(2), 521(a)(6) and 362(h). Accordingly, the creditor must seek further order of this Court to exercise any remedies under the subject installment loan agreement with respect to any pre-petition non-monetary defaults thereunder.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Jack R. Reilly  
    Debtor

Case No. 17-26880-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 16, 2018  
    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.  
db      Jack R. Reilly,    112 1st Ave,    Tuckerton, NJ   08087-2704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:  
     Bunce Atkinson    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org  
     Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
     Denise E. Carlon    on behalf of Creditor Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Kevin S. Quinlan    on behalf of Interested Party Eric Bednarczyk ksqesqct@comcast.net, ksqesqct@gmail.com;r55119@notify.bestcase.com  
     Kevin S. Quinlan    on behalf of Plaintiff Laura Bednarczyk ksqesqct@comcast.net, ksqesqct@gmail.com;r55119@notify.bestcase.com  
     Kevin S. Quinlan    on behalf of Plaintiff Eric Bednarczyk ksqesqct@comcast.net, ksqesqct@gmail.com;r55119@notify.bestcase.com  
     Rebecca Ann Solarz    on behalf of Creditor Kubota Credit Corporation rsolarz@kmllawgroup.com  
     Robert G. Shinn    on behalf of Defendant Jack R Reilly wmsllc@comcast.net, G9544@notify.cincompass.com  
     Robert G. Shinn    on behalf of Debtor Jack R. Reilly wmsllc@comcast.net, G9544@notify.cincompass.com  
     Thomas J Subranni    on behalf of Debtor Jack R. Reilly jwiesner@subranni.com, ecorma@subranni.com;jwiesner@subranni.com;hinnaurato@subranni.com;G21182@notify.cincompass.com;szauber@subranni.com;cwild@subranni.com;ecf@subranni.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 11